IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| CENTRO TEPEYAC | * | |
| Plaintiff | * | |
| v. | * | Case No.: DKC 10 CV 1259 |
| MONTGOMERY COUNTY, MD. *et al.* | * | |
| Defendants | * | |

## SECOND STIPULATION OF NON-ENFORCEMENT

In order to allow the parties to litigate this matter in the United States District Court and avoid the cost and expense of multiple court proceedings, the County stipulates that it will not enforce Resolution No. 16-1252 against Centro Tepeyac, at any time, for any alleged violation of the Resolution that occurs while this case is pending in the United States District Court for the District of Maryland. This stipulation is without prejudice to the County and does not effect a waiver of the County's arguments or defenses. Centro Tepeyac agrees that it will not use or construe this stipulation against the County in this or any other proceeding, other than to enforce this stipulation.

Respectfully submitted,

MARC P. HANSEN
COUNTY ATTORNEY

_____/s/_____
Clifford Royalty, Chief
Division of Zoning, Land Use &
Economic Development
Bar # 09829
Attorneys for the Defendants
101 Monroe Street - Third Floor
Rockville, Maryland  20850
(240) 777-6700

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July, 2013, a copy of the foregoing was electronically served on counsel for Plaintiff through the ECF system

    Mark Rienzi, Esquire
    Columbus School of Law
    Catholic University of America
    3600 John McCormack Road, N.E.
    Washington, D.C. 20064

                                           /s/
                                Clifford Royalty, Chief
                                Division of Zoning, Land Use &
                                Economic Development