UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CENTRO TEPEYAC,<br>Plaintiff<br><br>v.<br><br>MONTGOMERY COUNTY, et al.,<br><br>Defendants | Civil Action Number<br>8: 10CV01259 |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiff respectfully moves for summary judgment for the reasons set forth in, and based on the evidence attached to, Docket Entries No. 48 and 50 in this matter.

Plaintiffs respectfully request oral argument on this motion.

Respectfully submitted,

__s/ Mark L. Rienzi_____
Mark L. Rienzi
COLUMBUS SCHOOL OF LAW
CATHOLIC UNIVERSITY OF AMERICA
3600 John McCormack Rd. NE
Washington, DC 20064
(202) 319-4970

John R. Garza
Garza, Regan & Associates
17 West Jefferson St.
Rockville, MD 20850
(301) 340-8200

1

                                                Robert Michael
                                                SHADOAN, MICHAEL & WELLS LLP
                                                108 Park Avenue
                                                Rockville, MD 20850
                                                (301) 762-5150

                                                Steven H. Aden
                                                M. Casey Mattox
                                                Matthew S. Bowman
                                                ALLIANCE DEFENSE FUND
                                                801 G Street N.W., Suite 509
                                                Washington, DC  20001
                                                (202) 393-8690

                                                Robert Destro
                                                COLUMBUS SCHOOL OF LAW
                                                CATHOLIC UNIVERSITY OF AMERICA
                                                3600 John McCormack Rd. NE
                                                Washington, DC 20064
                                                (202) 319-5140

                                                *Attorneys for Plaintiff*

Dated:  August 16, 2013


## CERTIFICATE OF SERVICE

  I hereby certify that I caused to be served a copy of the foregoing document on Clifford Royalty, counsel for defendants, via electronic filing.

               __*s/ Mark L. Rienzi*_____
               Mark L. Rienzi


Dated:  August 16, 2013